IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANA WILLIAMSON                *
                                *
        Plaintiff,              *
                                *
                                *
    v.                          *   **Case No. 1:07 CV 00644**
                                *
MARRIOTT INTERNATIONAL, INC.    *
d/b/a MARRIOTT WARDMAN PARK     *
HOTEL                           *
                                *
        Defendant.              *

## AFFIDAVIT OF SERVICE OF PROCESS

THE UNDERSIGNED attorney hereby certifies, pursuant to the District of Columbia Superior Court Rules of Civil Procedure as follows:

A Summons dated April 5, 2007, the Complaint and Jury Demand, were served on Marriott International, Inc., Registered Agent: Prentice-Hall Corporation System, Inc., 1090 Vermont Avenue, NW, Washington, DC 20005, by certified mail, return receipt requested and were received on April 20, 2007, as evidenced by the signature on the original return receipt attached hereto as Exhibit 1.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By: _____
Steven B. Vinick (Bar # 439359)
Paul R. Sciubba (Bar # 16635)
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
(301) 220-1214 fax
svinick@jgllaw.com
pscuibba@jgllaw.com

Counsel for Plaintiff

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

SUBSCRIBED AND SWORN to before me this 7th day of May, 2007.

_Theresa L Taylor England_
NOTARY PUBLIC

My commission expires: 8/27/08

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x Rice  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Rice  4/30/07 |
| 1. Article Addressed to:<br>Marriott International, Inc.<br>Registered Agent: Prentice-Hall<br>Corporation System, Inc.<br>1090 Vermont Avenue, NW<br>Washington, DC 20005 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0005 6242 6593 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

**EXHIBIT 1**