IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANA WILLIAMSON                          *
                                          *
          Plaintiff,                      *
                                          *
                                          *    **Case No. 1:07 CV 00644**
     v.                                   *
                                          *
MARRIOTT INTERNATIONAL, INC.              *
d/b/a MARRIOTT WARDMAN PARK               *
HOTEL                                     *
                                          *
          Defendant.                      *

## AFFIDAVIT OF SERVICE OF PROCESS

THE UNDERSIGNED attorney hereby certifies, pursuant to the District of Columbia

Superior Court Rules of Civil Procedure as follows:

A Summons dated April 5, 2007, the Complaint and Jury Demand, were served on

Marriott International, Inc., Registered Agent: Prentice-Hall Corporation System, Inc., 1090

Vermont Avenue, NW, Washington, DC 20005, by certified mail, return receipt requested and

were received on April 20, 2007, as evidenced by the signature on the original return receipt

attached hereto as Exhibit 1.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By: _____
Steven B. Vinick (Bar # 439359)
Paul R. Sciubba (Bar # 16635)
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
(301) 220-1214 fax
svinick@jgllaw.com
pscuibba@jgllaw.com

Counsel for Plaintiff

**Joseph
Greenwald
& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane  •  Suite 400
Greenbelt, Maryland 20770

(301) 220-2200  •  Fax 220-1214

SUBSCRIBED AND SWORN to before me this 7th day of _May_ , 2007.

_Theresa L Taylor England_
NOTARY PUBLIC

My commission expires: 8/27/08

**Joseph
Greenwald
& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane  •  Suite 400
Greenbelt, Maryland 20770

(301) 220-2200  •  Fax 220-1214

2

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

x _Rice_                ☐ Agent
                         ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

_Rice_                              4/30/07

1. Article Addressed to:

Marriott International, Inc.
Registered Agent: Prentice-Hall
Corporation System, Inc.
1090 Vermont Avenue, NW
Washington, DC 20005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number
   *(Transfer from service label)*    7006 0810 0005 6242 6593

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT**

tabbies®

1