IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| DIANA WILLIAMSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:07-cv-00644-PLF |
| | * | |
| MARRIOTT INTERNATIONAL, INC., d/b/a | * | |
| MARRIOTT WARDMAN PARK HOTEL, | * | |
| | * | |
| Defendant. | * | |

**RULE 7.1 DISCLOSURE STATEMENT OF**
**MARRIOTT INTERNATIONAL, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant, Marriott International, Inc. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

                                                                               **MARRIOTT INTERNATIONAL, INC.**
                                                                               By Counsel

TRICHILO, BANCROFT, McGAVIN,
  HORVATH, & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia  22030
(703) 385-1000
Fax: (703) 385-1555


       /S/
_____
Dawn E. Boyce, Esquire
D.C. Bar No. 440010
Counsel for Defendant,
Marriott International, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing Rule 7.1 Disclosure Statement of Marriott International, Inc. was e-served on the 4th day of June, 2007, to Steven B. Vinick, Esquire, and Paul R. Sciubba, Esquire, Joseph, Greenwald & Laake, P.A., 6404 Ivy Lane, Suite 400, Greenbelt, Maryland 20770.

                                                  /S/
                                         Dawn E. Boyce