IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANA WILLIAMSON | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  **Case No. 1:07 CV 00644 - PLF** |
| | * |
| MARRIOTT INTERNATIONAL, INC. | * |
| d/b/a MARRIOTT WARDMAN PARK | * |
| HOTEL | * |
| | * |
| Defendant. | * |

## PARTIES' LOCAL RULE OF CIVIL PROCEDURE 16.3 REPORT

COME NOW, the parties, by and through their respective counsel, and pursuant to Local Rule of Civil Procedure 16.3, file the following report and address the fourteen (14) matters at issue as follows:

1. This case is not likely to be disposed of by dispositive motion.

2. The parties do not anticipate joining any additional parties. At this time, the parties do not anticipate amending the pleadings, but the parties do believe, as discovery progresses, some of the factual and legal issues can be agreed upon or narrowed.

3. The parties do not consent to having the case assigned to a magistrate judge for trial.

4. The parties do believe there is a realistic possibility of settling the case. The parties have agreed to have this matter submitted to private mediation with the Honorable Howard S. Chasanow, who is retired from the Maryland Court of Appeals. The mediation conference is presently scheduled for October 5, 2007.

5. See #4 above.

6. This case is not likely to be resolved by summary judgment or by a motion to dismiss.

7. The parties hereby stipulate that they are dispensing with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. The parties request that that, in the event the mediation conference is not successful, they be permitted to take discovery for four (4) additional months following the October 5, 2007 mediation.

9. The parties request that the Plaintiff designate her expert witnesses ninety (90) days prior to the pretrial conference and that the Defendant designate its expert witnesses sixty (60) days prior to the pretrial conference. The parties stipulate that they dispense with the formal requirements of Rule 26(a)(2) of the Federal Rules of Civil Procedure regarding the exchange of expert witness reports and information. The parties reserve the right to depose the expert witnesses.

10. This provision is not applicable as the matter at issue is not a class action.

11. The parties do not request that the matter or trial of the matter be bifurcated or managed in phases.

12. The parties propose that the pretrial conference take place on April 15, 2008, a date which is after the conclusion of discovery.

13. The parties request that the Court set a firm trial date at the first scheduling conference in this matter.

14. At this time, there are no other matters necessary for inclusion in a scheduling order.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By: _____/S/_____
Steven B. Vinick (Bar # 439359)
Paul R. Sciubba (Bar # 16635)
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
(301) 220-1214 fax
svinick@jgllaw.com
pscuibba@jgllaw.com
*Counsel for Plaintiff*

By: _____/S/_____
Dawn E. Boyce, Esquire (Bar # 440010)
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA  22030
(703) 385-1000
dboyce@vadctriallaw.com
*Attorney for Marriott International, Inc.*
*d/b/a Marriott Wardman Park Hotel*