IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANA WILLIAMSON | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * **Case No. 1:07 CV 00644 - PLF** |
| | * |
| MARRIOTT INTERNATIONAL, INC. | * |
| d/b/a MARRIOTT WARDMAN PARK | * |
| HOTEL | * |
| | * |
| Defendant. | * |

## STATUS REPORT

COME NOW, the parties, by and through undersigned counsel, and pursuant to the Order of this Honorable Court, submit the following status report.

The parties participated in a mediation conference with the Honorable Howard S. Chasanow (Ret.) on January 22, 2008. At that time, the parties reached a settlement agreement. At this point, the parties are in the process of executing the release and accompanying settlement documents. It is anticipated that this process should be finalized within the next two (2) weeks. Once that is completed, the parties will file a stipulation of dismissal.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By:  /s/Steven B. Vinick_____
Steven B. Vinick (Bar # 439359)
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
(301) 220-1214 fax
svinick@jgllaw.com
*Counsel for Plaintiff*

|  |  |
|---|---|
| By: | /s/Dawn E. Boyce_____ |
|  | Dawn E. Boyce, (Bar # 440010) |
|  | Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C. |
|  | 3920 University Drive |
|  | Fairfax, VA  22030 |
|  | *Attorney for Marriott International, Inc. d/b/a Marriott Wardman Park Hotel* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2008, a copy of the foregoing was electronically served on:

Dawn E. Boyce, Esquire
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA  22030
*Attorney for Marriott International, Inc.
d/b/a Marriott Wardman Park Hotel*

        /s/Steven B. Vinick_____
        Steven B. Vinick