UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DIANA WILLIAMSON,                   )
                                    )
    Plaintiff,                      )
                                    )
  v.                                )   Civil Action No. 07-644 (PLF)
                                    )
MARRIOTT INTERNATIONAL, INC.        )
d/b/a MARRIOTT WARDMAN PARK         )
HOTEL,                              )
                                    )
    Defendant.                      )
_____ )

ORDER

    On March 3, 2008, the parties filed a notice informing the Court that this case had been settled and that a stipulation of dismissal would be filed shortly. Accordingly, it is hereby

    ORDERED that this case is DISMISSED. The dismissal shall be without prejudice for a period of 30 days from the date of this Order. If settlement is not consummated within that 30-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed *with* prejudice.

    SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 1, 2008