IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANA WILLIAMSON | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  **Case No. 1:07 CV 00644 - PLF** |
| | * |
| MARRIOTT INTERNATIONAL, INC. | * |
| d/b/a MARRIOTT WARDMAN PARK | * |
| HOTEL | * |
| | * |
| Defendant. | * |

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through undersigned counsel, and hereby stipulate to a dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

Respectfully submitted,

By:  /s/Steven B. Vinick_____
Steven B. Vinick (Bar # 439359)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
(301) 220-1214 fax
svinick@jgllaw.com
*Counsel for Plaintiff*

By:  /s/Dawn E. Boyce_____
Dawn E. Boyce, (Bar # 440010)
Trichilo, Bancroft, McGavin,
Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA  22030
A*ttorney for Marriott International, Inc.
d/b/a Marriott Wardman Park Hotel*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April, 2008, a copy of the foregoing was electronically served on:

Dawn E. Boyce, Esquire
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA  22030
*Attorney for Marriott International, Inc.
d/b/a Marriott Wardman Park Hotel*

/s/Steven B. Vinick
Steven B. Vinick